| | | |
|---|---|---|
| IN RE: | : | |
| ROBERT RAYMOND RUNKLES, JR. | | |
| KATIE GOBLE RUNKLES | : | |
| Debtors | : | |
| | : | |
| | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Movant | : | |
| | : | |
| vs. | : | CASE NO. 1:22-bk-00323-HWV |
| | : | |
| ROBERT RAYMOND RUNKLES, JR. | | |
| KATIE GOBLE RUNKLES, | : | |
| Respondents | : | |

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 29, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with §§ 1307(c) and 1322(a)(2) due to the Debtors' failure to file a Chapter 13 Plan, which pays all claims, in full, entitled to priority under §507. In support of this Motion, your Trustee states as follows:

1.      On February 18, 2022, Debtors filed a Petition under Chapter 13 in the Middle District of Pennsylvania.

2.      Debtors had their First Amended Chapter 13 Plan filed on August 25, 2022, confirmed by this Honorable Court by Order at Doc. #67.

3.      Debtors' First Amended Plan was funded to pay IRS priority taxes in the amount of approximately $30,102.71.

4.      The IRS amended its claim (POC #6-4) and increased the amount of priority taxes due under the claim from $30,102.71 to $45,242.26 as allowed pursuant to §1305.  It appears that the increase is due to Debtors failing to pay their 2023 and 2024 Federal Income taxes.

5.      Debtors confirmed First Amended Chapter 13 Plan is not sufficiently funded to pay the $45,242.26, which is now owed in IRS priority taxes.

6.      The Chapter 13 Trustee's Office requested in September of this year that Debtors' counsel file a Motion to Modify and Amended Plan, which is sufficiently funded to pay current IRS priority tax claim.

7.      As of October 29, 2025, Debtors have not filed a Motion to Modify, nor have they filed an Amended Plan in order to address the additional IRS priority taxes which he now owes.

8.      Debtors confirmed First Amended Plan is now in violation of §1322(a)(2), since it does not pay all claims entitled to priority under §507 in full.

9.      Accordingly, Movant respectfully requests that this Honorable Court dismiss this case in accordance with 1307(c) and §1322(a)(2).

WHEREFORE, your Trustee respectfully requests this Honorable Court to:

a.   dismiss this case in accordance with §§ 1307(c) and 1322(a)(2); and

b.   grant such further relief as this Honorable Court deems just and proper.

Respectfully submitted:

/s/ Douglas R. Roeder, Esquire
Attorney ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: droeder@pamd13trustee.com

| | | |
|---|---|---|
| IN RE: | : | |
| ROBERT RAYMOND RUNKLES, JR. | | |
| KATIE GOBLE RUNKLES | : | |
|     Debtors | : | |
| | : | |
| | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Movant | : | |
| | : | |
|     vs. | : | CASE NO.  1:22-bk-00323-HWV |
| | : | |
| ROBERT RAYMOND RUNKLES, JR. | | |
| KATIE GOBLE RUNKLES, | : | |
|     Respondents | : | |

## **ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss Case, it is hereby ORDERED that

the above-captioned bankruptcy be and hereby is DISMISSED.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :
ROBERT RAYMOND RUNKLES, JR.
KATIE GOBLE RUNKLES                                 :
        Debtors                                     :
                                                    :
                                                    :     CHAPTER 13
JACK N. ZAHAROPOULOS,                               :
CHAPTER 13 TRUSTEE,                                 :
        Movant                                      :
                                                    :
        vs.                                         :     CASE NO.  1:22-bk-00323-HWV
                                                    :
ROBERT RAYMOND RUNKLES, JR.
KATIE GOBLE RUNKLES,                                :
        Respondents                                 :

## **NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee

for the Middle District of Pennsylvania, has filed a Motion to Dismiss your Chapter 13 bankruptcy

filing.

If you object to the relief requested, you must file a written objection/response on

or before **November 19 2025**, with the Clerk of Bankruptcy Court:

> Sylvia H. Rambo U.S. Courthouse
> 1501 North 6th Street
> Harrisburg, PA 17102

and serve a copy on the Chapter 13 Trustee for the Middle District of Pennsylvania:

> Jack N. Zaharopoulos
> Office of the Chapter 13 Trustee
> 8125 Adams Drive, Suite A
> Hummelstown, PA 17036.

If you file and serve an objection/response within the time permitted, a hearing will be held

on **December 3, 2025, at 9:35AM at the Sylvia H. Rambo U.S. Courthouse, Courtroom No.**

**4B, 1501 North 6th Street, Harrisburg, Pennsylvania 17102.** If you do not file an

objection/response within the time permitted, the Court will deem the Motion unopposed and

proceed to consider the Motion without further notice or hearing and may grant the relief requested.

Respectfully submitted:

Date: October 29, 2025

/s/ Douglas R. Roeder, Esquire
Attorney ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
ROBERT RAYMOND RUNKLES, JR.
KATIE GOBLE RUNKLES                             :
     Debtors                                   :
                                                :
                                                :      CHAPTER 13
JACK N. ZAHAROPOULOS,                           :
CHAPTER 13 TRUSTEE,                             :
     Movant                                    :
                                                :
     vs.                                       :      CASE NO.  1:22-bk-00323-HWV
                                                :
ROBERT RAYMOND RUNKLES, JR.
KATIE GOBLE RUNKLES,                            :
     Respondents                               :


## CERTIFICATE OF SERVICE

AND NOW, this October 29, 2025, I hereby certify that I have served the foregoing by

electronically notifying parties or by depositing a true and correct copy of the same in the United

States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the

following:

***VIA ELECTRONIC MAIL SERVICE ONLY***
Brent Diefenderfer, Esquire
CGA Law Firm
135 North George Street
York, PA  17401

Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***
Robert Raymond Runkles, Jr.
Katie G. Runkles
7416 Pigeon Hill Road
Spring Grove, PA  17362

                           /s/ Ashley Schott, Legal Assistant
                           Office of Jack N. Zaharopoulos
                           Standing Chapter 13 Trustee