United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Robert Raymond Runkles, Jr.

Katie Goble Runkles

    Debtors

Case No. 22-00323-HWV

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5507391 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 21 2026 18:45:00 | LAKEVIEW LOAN SERVICING, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC amps@manleydeas.com |
| Andrew L Spivack | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brent Diefenderfer | on behalf of Debtor 2 Katie Goble Runkles bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com;jrosenau@cgalaw.com;ycaraballo@cgalaw.com |
| Brent Diefenderfer | on behalf of Debtor 1 Robert Raymond Runkles Jr. bdiefenderfer@cgalaw.com, |

jhall@cgalaw.com;rshearer@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com;jrosenau@cgalaw.com;ycaraballo @cgalaw.com

Charles G. Wohlrab

on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Jack N Zaharopoulos

ecf@pamd13trustee.com

Keri P Ebeck

on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@metzlewis.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mario J. Hanyon

on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Lakeview Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew K. Fissel

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:22-bk-00323-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert Raymond Runkles, Jr.
7416 Pigeon Hill Road
Spring Grove PA 17362

Katie Goble Runkles
7416 Pigeon Hill Road
Spring Grove PA 17362

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/20/2026.

Name and Address of Alleged Transferor(s):

Claim No. 16: LAKEVIEW LOAN SERVICING, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Lakeview Loan Servicing, LLC, et al.
M & T Bank
P.O. Box 840
Buffalo, NY 14240-0810
Lakeview Loan Servicing, LLC, et al.
M & T Bank

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/23/26

Seth F. Eisenberg

**CLERK OF THE COURT**