**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**In RE:**

ROBERT RAYMOND RUNKLES, JR

KATIE GOBLE RUNKLES

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 9

**Case Number:** 22-00323

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Capital One Auto Finance, a division of Capital One, N.A.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
|---|---|
| Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC | Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC |
| P.O. Box 4360 | PO Box 661381 |
| Houston, TX 77210 | Dallas,TX 75266-1381 |

Date: 08/12/2026

/s/ Rohan Pardeshi

Creditor's Authorized Agent for Capital One Auto Finance, a division of Capital One, N.A.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In RE:**

**Chapter:** 13

ROBERT RAYMOND RUNKLES, JR
KATIE GOBLE RUNKLES
**Debtor(s)**

**Case Number:** 22-00323

## Certificate of Service

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
BRENT DIEFENDERFER
BDIEFENDERFER@CGALAW.COM

Trustee
JACK N ZAHAROPOULOS
info@pamd13trustee.com

/s/ Rohan Pardeshi

Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com